# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143055

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

IRBY OSBY, JR.,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143055
COA: 295548
Berrien CC: 2009-002479-FH
2009-001118-FH

On order of the Court, the application for leave to appeal the January 27, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

t0919